

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-18-00234-CR**
**No. 10-18-00235-CR**

**KEVIN LEE TUCKER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 87th District Court**
**Leon County, Texas**
**Trial Court No. 17-0114CR & 17-0187CR**

_____

## MEMORANDUM  OPINION

_____

In Cause No. 10-18-00234-CR (Trial Court Cause No. 17-0114CR), Kevin Lee Tucker entered a plea of guilty to the offense of possession of a firearm by a felon.  The trial court deferred adjudication of guilt and placed Tucker on community supervision for seven years.  In Cause No. 10-18-00235-CR (Trial Court Cause No. 17-0187CR), Tucker entered a plea of guilty to the offense of aggravated assault.  The trial court deferred adjudication of guilt and placed Tucker on community supervision for seven years.  On

April 11, 2018, the State filed a Motion to Adjudicate. Tucker pleaded not true to the allegations in the Motion to Adjudicate. The trial court found the allegations to be true, convicted Tucker of both offenses, and assessed punishment at ten years confinement in Cause No. 10-18-00234-CR and fifteen years confinement in Cause No. 10-18-00235-CR. We affirm.

Tucker's appointed counsel filed an *Anders* brief asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel informed Tucker of his right to submit a brief on his own behalf. Tucker did not file a brief. Counsel's brief evidences a professional evaluation of the record for error, and we conclude that counsel performed the duties required of appointed counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's request that he be allowed to withdraw from representation of Tucker is granted. Additionally, counsel must send Tucker a copy of our decision, notify Tucker of his right to file a pro se petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R. APP. P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Affirmed; motions granted
Opinion delivered and filed May 22, 2019
Do not publish
[CR25]

